UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES, warden,<br><br>    Respondent.<br>                                         / | No. C 07-347 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an <u>ex parte</u> application for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney William Kuimelis, the court GRANTS respondent's application. (Docket # 7.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **August 24, 2007**. Petitioner must file and serve his traverse no later than **September 28, 2007**.

    IT IS SO ORDERED.

DATED: June 21, 2007

                                                        SUSAN ILLSTON
                                           United States District Judge