IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS STEPHEN GUNN,** | C07-0347 SI |
| Petitioner, | **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

    Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before October 19, 2007. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

    IT IS SO ORDERED.

DATED:

_____
SUSAN ILLSTON
United States District Judge

Gunn.2Order.wpd

[Proposed] Order Granting Enlargement of Time—*Gunn v. Yates*—C07-0347

2