UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES, warden,<br><br>    Respondent.<br>_____ / | No. C 07-347 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an <u>ex parte</u> application for a third extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney William Kuimelis, the court GRANTS respondent's application. (Docket # 11.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **December 21, 2007**. <u>No further extensions should be expected, as this is the third one</u>. Petitioner must file and serve his traverse no later than **January 25, 2008**.

    IT IS SO ORDERED.

DATED: 10/31/07

                                                             SUSAN ILLSTON<br>
                                           United States District Judge