UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN, | No. C 07-347 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JAMES A. YATES, warden, | |
| Respondent. | |

Petitioner has filed a "notification of change of address & unusual circumstances" in which he requests an extension of time to file his responsive pleading due to an anticipated transfer to the California Medical Facility in Vacaville. Upon due consideration, the court will grant an extension of time to accommodate petitioner's anticipated transfer. (Docket # 15.) Petitioner's opposition to respondent's motion to dismiss must be filed and served on respondent's counsel no later than **February 29, 2008**. Respondent's reply (if any) must be filed and served no later than **March 21, 2008**.

IT IS SO ORDERED.

DATED: January 8, 2008

_____
SUSAN ILLSTON
United States District Judge