**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN, | No. C 07-347 SI (pr) |
| Petitioner, | **ORDER DISMISSING UNEXHAUSTED CLAIM AND SETTING BRIEFING SCHEDULE** |
| v. | |
| JAMES A. YATES, warden, | |
| Respondent. | |

Respondent has moved to dismiss the petition on the ground that state court remedies had not been exhausted as to one part of the ineffective assistance claim in the petition for writ of habeas corpus. In response to the motion, petitioner has conceded non-exhaustion and has moved to dismiss the unexhausted claim, i.e, that he received ineffective assistance of counsel because defense counsel had a conflict in that he was distracted during trial due to his impending wedding. Accordingly, respondent's motion to dismiss is GRANTED in part (docket # 14) and petitioner's motion to delete the unexhausted claim is GRANTED (docket # 18.) The claim that petitioner received ineffective assistance of counsel because defense counsel had a conflict in that he was distracted during trial due to his impending wedding is DISMISSED from this action.

In order to move this case toward resolution, the court now sets the following briefing schedule on the petition: Respondent must file and serve his answer on or before **July 11, 2008**. Petitioner must file and serve his traverse on or before **August 29, 2008**.

1    Petitioner has filed a notice of change of address and motion for enlargement of time. The motion for enlargement of time is DENIED as unnecessary. (Docket # 19.) At the time the motion was filed, there was no deadline pending for petitioner. The court has, however, set the lengthy briefing schedule in the preceding paragraph bearing in mind petitioner's statement that he and his legal materials had become separated during a transfer. Finally, petitioner is reminded that he must notify respondent's counsel in addition to the court every time he is moved to a new facility.

    IT IS SO ORDERED.

DATED: May 12, 2008

_____
SUSAN ILLSTON
United States District Judge