UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN, | No. C 07-347 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINES** |
|    v. | |
| JAMES A. YATES, warden, | |
|     Respondent. | |

Respondent has filed an <u>ex parte</u> requests for extension of the deadline to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declarations of attorney Pamela Critchfield, the court GRANTS respondent's requests. (Docket # 31.) Respondent must file and serve his answer or other response to the petition for writ of habeas corpus no later than **April 10, 2009**. Petitioner must file and serve his traverse no later than **May 22, 2009.**

    IT IS SO ORDERED.

DATED: February 9, 2009

                                                        SUSAN ILLSTON
                                                 United States District Judge