UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN, | No. C 07-347 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| JAMES A. YATES, warden, | |
| Respondent. | |

Petitioner has filed an <u>ex parte</u> request for extension of the deadline to file his traverse. Upon due consideration of the request, the court GRANTS the request.  (Docket # 34.) Petitioner must file and serve his traverse no later than **August 7, 2009.**

IT IS SO ORDERED.

DATED: May 11, 2009

                                                  SUSAN ILLSTON
                                          United States District Judge