UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THOMAS STEPHEN GUNN,

    Plaintiff,

v.

JAMES A YATES et al,

    Defendant.
_____/

Case Number: CV07-00347 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Stephen Gunn T-80908
Soledad State Prison
Central Infirmary #212
P.O. Box 689
Soledad, CA 93960

Dated: January 21, 2010

                               Richard W. Wieking, Clerk
                               By: Tracy Forakis, Deputy Clerk