UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN, | No. C 07-0347 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of Respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: January 19, 2010

SUSAN ILLSTON
United States District Judge