UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN GUNN,<br><br>   Petitioner,<br><br> v.<br><br>JAMES A. YATES, Warden,<br><br>   Respondent.<br>                / | No. C 07-0347 SI (PR)<br><br>**ORDER DENYING MOTION TO EXTEND TIME TO FILE**<br><br>(Docket No. 45) |

   The Court denied Petitioner's federal habeas petition, declined to issue a certificate of appealability, and entered judgment in favor of Respondents on January 19, 2010. Petitioner now moves for an extension of time to file a request for a certificate of appealability. (See Docket No. 45.) As the Court declined to issue a certificate of appealability in its order denying the petition, Petitioner's motion for an extension of time to file a request for such a certificate must be DENIED as moot. Petitioner may seek a certificate of appealability from the Court of Appeals.

   This order terminates Docket No. 45.

   **IT IS SO ORDERED**.

DATED: April 1, 2010

                          SUSAN ILLSTON<br>
                          United States District Judge